FILED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JULIUS MILLER #247-904
    PETITIONER
Fed. No. 24681-016
1901 D St, S.E.
Wash., D.C., 20003

07 0149

V.                              Civil Action No. _____

WARDEN WILLIAM J. SMITH
D.C. DEPARTMENT OF CORRECTION
1901 D. St. S.E.
Wash., D.C., 20003

Leave to file without
Prepayment of Cost **GRANTED**

U.S. PAROLE COMMISSION
CHEVY CHASE, Md., 20815-7286

APPLICATION TO PROCEED INFORMAL PAUPERIS

I, Julius Miller, declare that I am indigent prose petitioner, unlawfully confined within the D.C. Jail. I do not have a Bank Account, Pension, property, Cars or Homes. I don't have any funds to pay court cost, but pursuant to Title 18 U.S.C. § 4007 the B.O.P must pay for all inmates expenses. I declare under penalty and perjury that all statements are true.

Dated 12-21-2006              /s/ Julius Miller

RECEIVED
DEC 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT