UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Julius Miller,            )
                          )
          Petitioner,     )
                          )
    v.                    )   Civil Action No. 07 0149
                          )
Warden William J. Smith *et al.*, )
                          )
          Respondents.    )

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is this 25th day of January 2007,

ORDERED that respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondents, the United States Attorney for the District of Columbia and the Attorney General for the District of Columbia.

_____
United States District Judge