UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIUS MILLER,** * | |
| Petitioner, * | |
| * | Civil Action No. 07-149 (EGS) |
| v. * | |
| * | |
| **WARDEN WILLIAM J. SMITH, et al.,** * | |
| Respondents. * | |

**UNITED STATES PAROLE COMMISSION'S MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE TO
PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS**

The United States Parole Commission ("the Commission"), by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that it be given 10 additional days, or until March 15, 2007, to file its response to petitioner's Petition for Writ of Habeas Corpus. In support of this request, the Commission states as follows:

1. By Order dated January 25, 2007, the Court directed the Commission to file its response to petitioner's pro se petition for writ of habeas corpus within 30 days of service of the Court's Order, or by no later than March 5, 2007.

2. The Commission now seeks an extension of 10 days to respond to petitioner's petition.

3. This brief extension of time is sought to permit undersigned counsel and the assigned counsel at the Commission sufficient time to review and investigate petitioner's petition and to research and prepare the Commission's response.

4. This extension of time will not unduly prejudice the petitioner.

5. This is the first request for an extension sought by the Commission in this matter.

6. A proposed Order is attached.

WHEREFORE, the Commission respectfully requests that it be given 10 additional days, or until March 15, 2007, to file its response to petitioner's petition for writ of habeas corpus.

March 2, 2007                                   Respectfully submitted,

                                                JEFFREY A. TAYLOR
                                                United States Attorney
                                                D.C. Bar Number 498-610

                                                ROBERT D. OKUN
                                                Assistant United States Attorney
                                                Chief, Special Proceedings Division
                                                D.C. Bar Number 457-078

                                                ___/s/_____
                                                MARGARET J. CHRISS
                                                Assistant United States Attorney
                                                D.C. Bar Number 452-403
                                                555 4th Street, N.W.
                                                Special Proceedings Division (10th Floor)
                                                Washington, D.C. 20530
                                                (202) 307-0874


**CERTIFICATE OF SERVICE**

I hereby certify that this 2nd day of March 2007, I caused a copy of the foregoing motion and proposed Order to be served, first-class mail, postage pre-paid, on:

Mr. Julius Williams
Fed. Reg. # 00247-904
Philadelphia FDC
P.O. Box 572
Philadelphia, PA 19105


                                                __/s/_____
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIUS MILLER,** * | |
| Petitioner, * | |
| * | Civil Action No. 07-149 (EGS) |
| v. * | |
| * | |
| **WARDEN WILLIAM J. SMITH, et al.,** * | |
| Respondents. * | |

## ORDER

Upon consideration of the United States Parole Commission's Motion for Extension of Time to File Response to petitioner's Petition for Writ of Habeas Corpus, any opposition thereto, and for good cause shown, it is this _____ day of _____, 2007, hereby

**ORDERED** that the motion is granted, and that the United States Parole Commission shall file its response to petitioner's Petition for Writ of Habeas Corpus by March 15, 2007.

**SO ORDERED**.

_____
United States District Judge

Copies to:

Margaret J. Chriss
Assistant United States Attorney

Mr. Julius Williams
Fed. Reg. # 00247-904
Philadelphia FDC
P.O. Box 572
Philadelphia, PA 19105