**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Julius Miller ) | |
| ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0149 (EGS) |
| ) | |
| Warden William J. Smith, ) | |
|     D.C. Department of Corrections, ) | |
|     and ) | |
| U.S. Parole Commission ) | |
| ) | |
|     Respondents. ) | |
| _____) | |

## RESPONSE BY THE DISTRICT OF COLUMBIA RESPONDENT

The Respondent, District of Columbia Department of Corrections (hereinafter the "DOC"), files this response to the petitioner's writ of habeas corpus. Petitioner has filed a *pro se* petition attacking the lawfulness of the actions of the United States Parole Commission, (hereinafter the "USPC"). The petition was received in the Office of the Attorney General for the District of Columbia on February 16, 2007. As directed by the Court, the District of Columbia, through counsel, respectfully submits this response to the Court's Order to show cause why the writ of habeas corpus should not issue.

According to the petition, the petitioner was convicted in the D.C. Superior Court for robbery and sentenced to eight (8) years. (Pet. at B). The petitioner states that his parole supervision expired on January 12, 2003. (Pet. at B). The petitioner states that the USPC filed two warrant applications on March 14, 2001 and May 2, 2002, the warrants were executed on August 14, 2006. (Pet. at C). The petitioner claims he has been in custody at the D.C. Jail for approximately 180 days without a revocation hearing or without a commitment order. (Pet. at

C, F). The petition contains no claim or allegation of wrongdoing by any District of Columbia respondent. The petitioner seeks his immediate release from custody. (Pet. at A).

As a legal and practical matter, the District of Columbia cannot provide a response to the merits of the petition because the District of Columbia lacks authority over parole matters. Through the National Capital Revitalization and Self-Government Improvements Act of 1997, Pub. L. 105-33, D.C. Code sections 24-101 through 131 (2001 and 2006 Supp.), the United States Congress transferred responsibility for the imprisonment of District of Columbia felons from the District of Columbia to the Federal Bureau of Prisons, and also transferred the parole authority for such felons from the D.C. Board of Parole to the USPC. *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003); *see also Gant v. Reilly*, 224 F.Supp.2d 26, 37 (D.D.C. 2002). In accordance with the Act, the D.C. Board of Parole no longer exists, and the USPC has assumed all of its parole functions. Thus, the District of Columbia has no authority to respond to the merits of the habeas corpus petition, but will abide by any lawful order of this Court with regard to the petitioner. The real party in interest is the United States Attorney, representing the USPC, whose actions are at issue herein. Thus, the District of Columbia defers to the Office of the United States Attorney on this matter.

Accordingly, this petition should be dismissed as to the District of Columbia.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief
General Litigation Section I

2

/s/ Lucy Pittman
LUCY PITTMAN [#483416]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (phone)
(202) 727-3625 (fax)
lucy.pittman@dc.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 15, 2007, a copy of the foregoing response and proposed order was mailed postage prepaid to:

Julius Miller, #247-904
D.C. Jail
1901 D. Street, S.E.
Washington, D.C. 20003
*Petitioner*

/s/ Lucy Pittman
Lucy Pittman
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Julius Miller | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0149 (EGS) |
| | ) | |
| Warden William J. Smith, | ) | |
| D.C. Department of Corrections, | ) | |
| and | ) | |
| U.S. Parole Commission | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

## **ORDER**

Upon consideration of the petition for the writ of habeas corpus, the response thereto and the record herein, it is by the Court this _____ day of _____ 2007,

ORDERED: That the petition for the Writ of Habeas Corpus shall be and the same is hereby denied as to the District of Columbia respondent; it is,

FURTHER ORDERED: That the Court's Order to Show Cause shall be and the same is discharged as to the District of Columbia respondent.

_____
JUDGE

Copies to:

    Lucy Pittman
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001

    Julius Miller, #247-904
    D.C. Jail
    1901 D. Street, S.E.
    Washington, D.C.  20003

    Margaret J. Chriss
    Assistant United States Attorney
    555 4th Street, NW
    Special Proceedings Division
    Washington, DC  20530