UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIUS MILLER,            )<br>         Petitioner,    )<br>                               )<br>     v.                              )<br>                               )<br>WARDEN WILLIAM J. SMTIH, *et al.*,   )<br>         Respondents.   )<br>_____) | Civil Action No. 07-149 (EGS) |

### NOTICE - CORRECTED CERTIFICATE OF SERVICE

The United States Parole Commission ("the Commission"), by and through its counsel, the United States Attorney for the District of Columbia, was notified by receipt of returned mail that, due to typographical errors in the address used, the petitioner did not receive a copy of the Commission's Opposition to his Petition for Writ of Habeas Corpus.  Hence, a copy of this Corrected Certificate of Service and of the Commission's Opposition to petitioner's Petition for Writ of Habeas Corpus will today be mailed to petitioner.

Respectfully submitted,

JEFFREY A.TAYLOR
United States Attorney
D.C. Bar Number 498-610

ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 457-078

_____/s/_____
MARGARET J. CHRISS
Assistant United States Attorney
D.C. Bar Number 452-403
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0874

**CERTIFICATE OF SERVICE**

      I hereby certify that this 30th day of March 2007, I caused a copy of the foregoing Corrected Certificate of Service and a copy of the United States Parole Commission's Opposition to Petitioner's Petition for Writ of Habeas Corpus to be mailed to:

Mr. Julius D. Miller
D.C.D.C. # 247-904
D.C. Jail
1901 D Street, S.E.
Washington, D.C. 20003

                                                \_\_\_\_\_/s/_____
                                                Assistant United States Attorney