UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIUS MILLER,           )<br>      Petitioner,    )<br>                      )<br>v.                        )<br>                      )<br>WARDEN WILLIAM J. SMTIH, *et al.*, )<br>      Respondents.   )<br>_____) | Civil Action No. 07-149 (EGS) |

### NOTICE - CORRECTED CERTIFICATE OF SERVICE

The United States Parole Commission ("the Commission"), by and through its counsel, the United States Attorney for the District of Columbia, was notified by receipt of returned mail that the petitioner did not receive a copy of the Commission's Motion for Extension of Time to File Response to Petitioner's Petition for Writ of Habeas Corpus. Hence, a copy of this Corrected Certificate of Service and of the Commission's Motion for Extension of Time to File Response to petitioner's Petition for Writ of Habeas Corpus will today be mailed to petitioner.

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR
                                            United States Attorney
                                            D.C. Bar Number 498-610

                                            ROBERT D. OKUN
                                            Assistant United States Attorney
                                            Chief, Special Proceedings Division
                                            D.C. Bar Number 457-078

                                            _____/s/_____
                                            MARGARET J. CHRISS
                                            Assistant United States Attorney
                                            D.C. Bar Number 452-403
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0874

**CERTIFICATE OF SERVICE**

      I hereby certify that this 30th day of March 2007, I caused a copy of the foregoing Corrected Certificate of Service and a copy of the United States Parole Commission's Motion for Extension of Time to File Response to Petitioner's Petition for Writ of Habeas Corpus to be mailed to:

Mr. Julius D. Miller  
D.C.D.C. # 247-904  
D.C. Jail  
1901 D Street, S.E.  
Washington, D.C. 20003

                                                                                      _____/s/_____  
                                                                                     Assistant United States Attorney