UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIUS MILLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No.  07-0149 (EGS) |
| | ) | |
| WILLIAM J. SMITH *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

By Order of March 21, 2007, petitioner was given until April 23, 2007, to respond to respondents' opposition to his *habeas corpus* petition.  Petitioner was advised that his failure to respond could result in summary denial of the petition and dismissal of the case.  Petitioner has not responded or sought additional time to respond.  Accordingly, it is

ORDERED that the Order to Show Cause [# 3] is DISCHARGED; and it is

FURTHER ORDERED that the petition for a writ of *habeas corpus* [Dkt. No.1] is DENIED, and this case is DISMISSED WITHOUT PREJUDICE, subject to reconsideration by the Court in the event that the petitioner files a motion for reconsideration of this Order, setting forth the reasons for reconsideration, within 20 days from the filing date of this Order.

DATE: June 1, 2007                                                SIGNED:    EMMET G. SULLIVAN
                                                                                         UNITED STATES DISTRICT JUDGE